FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

Nov 20, 2026

SEAN F. MCAVOY, CLERK

for the
Eastern District of Washington

JEREMY C.,

*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:26-CV-03099-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: Pursuant to the Order at ECF No. 12, Plaintiff's motion to reverse and remand for an immediate award of benefits, ECF No. 8, is GRANTED. Defendant's motion to reverse and remand for additional proceedings, ECF No. 10, is DENIED. The matter is REMANDED to the Commissioner for an immediate calculation of benefits. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge ALEXANDER C. EKSTROM

Date: 11/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*